**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| INFORMATION ASSOCIATED | ) | **ORDER** |
| WITH THE ACCOUNTS IDENTIFIED AS | ) | |
| "huyan1221@gmail.com", THAT IS | ) | |
| STORED AT THE PREMISES CONTROLLED | ) | Case No. 4:14-mj-293 |
| BY GOOGLE, INC., | ) | |

On December 16, 2014, the court issued an order granting the Government's application pursuant to 18 U.S.C.§ 2705(b) and directing that Google, Inc. delay notifying its subscriber of the existence of the above-captioned search warrant for a period of 180 days. Additionally, it directed that this matter remain sealed until otherwise ordered.

The court now amends its latter directive as follows. This matter shall remain sealed for a period of 180 days from the issuance its December 16, 2014, order. If the Government believes that this matter should remain under seal beyond this 180-day period, then it should file an appropriate motion.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court